1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FRANK S. D'AGOSTINO,                )
                                    )
            Plaintiff,              )          3:12-cv-00005-HDM-WGC
                                    )
vs.                                 )
                                    )          **ORDER**
LISA WALSH, *et al.*,               )
                                    )
            Defendants.             )
_____/

      This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner.  Plaintiff has submitted a complaint and seeks leave to proceed *in forma pauperis*.  (ECF No. 1).  In addition to filing the proper affidavit of inability to pay filing fees, a prisoner seeking to proceed *in forma pauperis* "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined."  28 U.S.C. § 1915(a)(1), (2).  Plaintiff in the instant action has failed to submit an *in forma pauperis* application that provides the necessary financial information and includes a financial certificate signed by an authorized prison or jail officer.

      **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of a new complaint in a new action, with a proper *in forma pauperis*

1 application in compliance with 28 U.S.C. § 1915(a).

2     **IT FURTHER IS ORDERED** that the Clerk of the Court shall send plaintiff two copies of

3 an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two

4 copies of a blank 42 U.S.C. § 1983 prisoner civil rights form, and one copy of instructions for the

5 same.

6     **IT IS FURTHER ORDERED** that plaintiff may file a new complaint and *in forma pauperis*

7 application in a new action, but he may not file further documents in this action.

8     **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

9         Dated this 17th day of January, 2012.

10

11     _Howard D. McKibben_
     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2