AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

FRANK S. D'AGOSTINO,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                      CASE NUMBER: **3:12-cv-00005-HDM-WGC**

LISA WALSH, et al.,

    Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE to the filing of a new complaint in a new action, with a proper *in forma pauperis* application in compliance with 28 U.S.C. § 1915(a).


  January 18, 2012                               **LANCE S. WILSON**
                                                                    Clerk


                                                                 /s/ Katie Lynn Ogden
                                                                   Deputy Clerk